IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              No. 1:18-cr-10001-JDB

CALVIN COLE,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTIONS FOR APPOINTMENT OF COUNSEL
_____

On March 23 and April 14, 2021, the Defendant, Calvin Cole, submitted letters to the Court in which he requested appointment of counsel to assist him in filing a motion for compassionate release. (Docket Entries 261-62.) The Court will construe these letters as motions for appointment of counsel.

Compassionate release motions are governed by 18 U.S.C. § 3582(c). *See United States v. MacLloyd*, Case No. 08-20289, 2021 WL 1424656, at *1 (E.D. Mich. Apr. 15, 2021), *appeal filed* (May 5, 2021). "[T]here is no constitutional (or statutory) right to appointed counsel in § 3582(c) proceedings." *United States v. Manso-Zamora*, 991 F.3d 694, 696 (6th Cir. 2021) (per curiam). As the issues raised in such motions are generally "straightforward and resolvable upon review of the record," appointment of counsel is often not necessary. *United States v. Sublett*, Criminal Action No. 3:15-CR-113-TBR, 2021 WL 1233521, at *8 (W.D. Ky. Apr. 1, 2021). As Defendant has exhibited an ability to adequately articulate his claims in his pro se motion for compassionate release filed May 7, 2021, appointment of counsel is not warranted.

1

      The motion is DENIED.  The Clerk is DIRECTED to mail a copy of this order to Defendant at the address located at D.E. 263-3.

      IT IS SO ORDERED this 10th day of May 2021.

                                          s/ J. DANIEL BREEN  
                                          UNITED STATES DISTRICT JUDGE